# FILED

10/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0613



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0613

_____

JASON D. FRANKS,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

_____

## ORDER

_____

Upon consideration of Unopposed Motion to supplement the record, and good cause appearing;

**IT IS HEREBY ORDERED** that the motion is hereby granted, and the clerk shall obtain the following transcripts and file them as part of the record in this case :

1. Jury trial- November 5- 9, 2012 ( previously filed in DA 13-0385)

2. Sentencing hearing- January 2, 2013 ( previously filed in DA 13-0385 )

3. Jury trial- February 8-11, 2016 ( previously filed in DA  16-0356 )

4. Sentencing hearing-April 7, 2016 ( previously filed in DA 16-0356 ).

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2021